UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| v. | § | ACTION NO. 4:15-CV-00657 |
| | § | |
| LOT 219, PITTMAN PARK, a.k.a. | § | |
| 4333 SUBLIME TRAIL, | § | |
| ATLANTA, GEORGIA, | § | |
|     Defendant. | § | |

## **UNITED STATES' SEVENTEENTH STATUS REPORT**

The related criminal case is still on appeal. The defendant/appellant Yanna Gassaway recently filed her brief on July 13, 2020.

The Court previously stayed this civil forfeiture case on July 20, 2015. (Doc. #22). The Court continued the stay on October 7, 2015 (Doc. #27), and ordered the United States to submit a status report every 120 days. The United States most recently submitted its Sixteenth Status Report on April 6, 2020 (Doc. #41).

The related criminal case was tried before Judge Keith P. Ellison as Cause No. H-15-CR-301, *United States v. Yanna Gassaway (a/k/a Yanna Norris)*, which included forfeiture allegations against the Defendant Property named in this civil case. On February 20, 2019, the Defendant was sentenced to 20 months of imprisonment and restitution in the amount of $324,840.

On March 22, 2019, Judge Ellison signed a Final Order of Forfeiture for the

Defendant Property. The United States sold the house, and the net sales proceeds will be held until resolution of the criminal appeal. Assuming the conviction is affirmed, the United States will dismiss this civil case.

    Respectfully submitted,

    RYAN K. PATRICK
    United States Attorney

By:  /s/ Kristine E. Rollinson
    Kristine E. Rollinson
    SDTX Federal No. 16785
    Texas State Bar No. 00788314
    Assistant United States Attorney
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Tel. 713-567-9000

## CERTIFICATE OF SERVICE

A true and correct copy of this pleading was filed on August 3, 2020.

    s/ Kristine E. Rollinson
    Kristine E. Rollinson